1830.

In the matter
of Petit.

### In the matter of E. Petit, a lunatic.

A committee must be appointed in this state for a non-resident lunatic, to ena-
ble him to obtain the control of property here.

And a commission may issue to ascertain the lunacy of a non-resident; but it
cannot be executed beyond the limits of this state.

Commissioners may be required to give the lunatic due notice of the time and
place of executing a commission of lunacy, although the lunatic resides
out of the state.

April 6th.     In this case the alleged lunatic was a resident of Wilton,
in the county of Fairfield and state of Connecticut. A pe-
tition was presented by her brother in law, setting forth that
she was about thirty years of age, and was of unsound mind;
that she was entitled to an undivided share of certain real
property in this state, and also to twenty shares of the capi-
tal stock of The Newburgh and Cochecton Turnpike Com-
pany. The petitioner prayed that a commission of luna-
cy might be issued; and his counsel asked that the same
be directed to certain persons in the county of Fairfield as
commissioners.

*J. W. Knevels*, for the petitioner.

THE CHANCELLOR. It was settled in the case of Per-
kins, (2 John. Ch. Rep. 124,) that a committee must be ap-
pointed by this court for a non-resident lunatic, to enable
him to obtain the control of property in this state; and that
a commission might issue for that purpose. But as the com-
missioners cannot authorize the empanneling of a jury be-
yond the jurisdiction of this court the commission cannot be
executed out of the state. (Southcot's case, 2 Ves. sen. 402.)
The usual order directing the commission to be executed at
or near the residence of the lunatic must be dispensed with
in such a case; and it may be executed in such county as
will be most convenient. In this case the residence of the
lunatic is near the line of this state; the commission must
therefore be executed in the adjoining county, which is most
convenient and nearest to her residence. The commis-

sioners must also give her due notice of the time and place of executing the commission, that she may attend if she thinks proper to do so.